# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2016

*The Court of Appeals hereby passes the following order:*

## A15A1839. KELL v. JP MORGAN CHASE BANK, N.A.

The appellee has filed a motion to dismiss this case for lack of jurisdiction. On June 30, 2014, the trial court denied appellant's motion seeking pauper status. On July 21, 2014, the court entered an order denying appellant's motion for partial summary judgment. Appellant filed a timely notice of direct appeal from the court's denial of pauper status on July 29, 2014 (docketed as A15A1730). On August 19, 2014, however, the appellant filed a separate "Notice of Direct Appeal" from the trial court's denial of his motion for partial summary judgment. But the denial of a motion for partial summary judgment requires an application for interlocutory review following the trial court's certification of the matter for immediate review. See OCGA § 5-6-34 (b). And, even assuming that appellant could have raised the denial of the motion for partial summary judgment in his pending direct appeal of the denial of pauper status, he failed to do so. See OCGA § 5-6-34 (d) (where appeal is taken under any provision of subsection (a), (b), or (c) of OCGA § 5-6-34, all judgments, rulings, or orders rendered in the case raised shall be reviewed without regard to appealability of judgment or ruling standing alone). Because this court is deprived of jurisdiction in this matter, the appellee's motion to dismiss this appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____01/14/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*